**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| SHADARRIS BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )       CV620-014 |
| | ) |
| DR. JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case was originally filed in the Middle District of Georgia and then transferred to this district. Doc. 4. The transfer order indicates that no filing fee was paid prior to the transfer. *Id*. There is no record in the docket that plaintiff was notified of this deficiency by the Middle District before the case was transferred or by this district after the case was received. Therefore, plaintiff is now **DIRECTED** to pay the required filing fee for this case within 30 days of this Order. If plaintiff lacks the resources to prepay the filing fee, he may file a motion for leave to proceed *in forma pauperis*. The Clerk of Court is **DIRECTED** to forward with this Order a copy of the Application to Proceed in District Court without Prepaying Filing Fees or Costs form (AO 240). Failure to comply with this

Order will result in a recommendation of dismissal.

**SO ORDERED**, this 8th day of January, 2021.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA