IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SHADARRIS BROWN,

    Plaintiff,

v.

DR. JOHNSON,

    Defendant.

CIVIL ACTION NO.: 6:20-cv-14

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 14, 2021, Report and Recommendation, (doc. 8), to which plaintiff has not filed an objection. Plaintiff has failed to comply with the Court's January 30, 2020, Order directing him to remit the required filing fee or to seek waiver of the fee. (Doc. 2.) Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA